

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 2:14 CR 00187-004 |
| VS. | : | JUDGE MINALDI |
| HERBERT ALLEN SLYDELL, III | : | MAGISTRATE JUDGE KAY |

## MEMORANDUM RULING

Presently before the court are objections filed by the defendant, Herbert Allen Slydell, III, to the Presentence Report ("PSR") prepared by the Probation Department.

Objections to paragraphs 41, 42, and 64 are MOOT as the PSR has been amended to reflect the changes requested.

Objections to paragraphs 47, 58, and 60 do not affect the guideline range. Therefore no ruling is required.

Lake Charles, Louisiana, this 2 day of October, 2015.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE